1

2

3

4

5

6                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8   UNITED STATES OF AMERICA

9                      Plaintiff,              Case No. CR11-308 RSL

10        v.                                   **DETENTION ORDER**

11  BRIAN TEA ULUGALU,

12                     Defendant.

13

        Defendant is charged with threatening a federal official and attempting to interfere with
14
    the administration of the social security laws.  On October 13, 2011, defendant admitted he
15
    violated conditions of his release.  On October 13, 2011, I revoked his appearance bond.  I have
16
    conducted a detention hearing pursuant to 18 U.S.C. § 3142(f).  Based upon the following
17
    findings and statement of reasons for detention, I find there are no conditions or combination of
18
    conditions which the defendant can meet will reasonably assure the appearance of the defendant
19
    and the safety of other persons and the community.
20
                   **FINDINGS OF FACT AND REASONS FOR DETENTION**
21
        On August 26, 2011, I conducted a detention hearing.  The government argued for
22
    detention due to the nature of defendant's alleged threats, his past history and his mental health
23
    problems.  The Court continued the hearing to determine if defendant met the criteria for

    DETENTION ORDER - 1

1  placement in a half-way house.  On August 30, 2011, the Court found defendant could be placed

2  in half-way house and ordered defendant released.  Since release, defendant has repeatedly

3  violated the GPS monitoring condition.  As he is unable or unwilling to abide by the conditions

4  of release, he is not longer amenable to supervision, is a flight risk and a danger to the

5  community.    It is therefore **ORDERED**:

6        (1)     Defendant shall be detained pending trial and committed to the custody of the

7  Attorney General for confinement in a correctional facility separate, to the extent practicable,

8  from persons awaiting or serving sentences, or being held in custody pending appeal;

9        (2)     Defendant shall be afforded reasonable opportunity for private consultation with

10  counsel;

11        (3)     On order of a court of the United States or on request of an attorney for the

12  Government, the person in charge of the correctional facility in which Defendant is confined

13  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

14  connection with a court proceeding; and

15        (4)     The clerk shall direct copies of this order to counsel for the United States, to

16  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

17  Officer.

18      DATED this 13th day of October, 2011.

19

20  
                                     _____

21                                     BRIAN A. TSUCHIDA
                                   United States Magistrate Judge

22

23

DETENTION ORDER - 2